# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA,** | ) | **CASE NO. 8:08CR47** |
| Plaintiff, | ) | |
| vs. | ) | |
| | ) | **ORDER** |
| **RICHARD A. DAVIS,** | ) | |
| Defendant. | ) | |

This matter is before the Court on the Defendant's unopposed motion to extend his self surrender date (Filing No. 93).

IT IS ORDERED:

1. The Defendant's motion to extend his self surrender date (Filing No. 93) is granted;

2. The Defendant shall report no later than 2:00 p.m. on Tuesday, August 25, 2009, to the institution designated by the U.S. Bureau of Prisons; and

3. The Clerk shall deliver a certified copy of this Order to the U.S. Marshal for this district.

DATED this 7th day of August, 2009.

BY THE COURT:

s/Laurie Smith Camp
United States District Judge